HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARIA L. MARVIN-McPHERSON, and LAUREN McPHERSON, wife and husband, individually and the marital community thereof,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., a New Jersey Corporation doing business in the State of Washington,<br><br>Defendants. | NO.  C05-5398-RJB<br><br>ORDER STAYING ALL PROCEEDINGS |

THIS MATTER having come before the Court on the parties' Stipulation and Agreed Motion Staying All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation, and the Court being fully advised and having reviewed the Stipulation,

///

///

///

///

PROPOSED ORDER STAYING ALL PROCEEDINGS - 1
(C05-5398-RJB)

1719145.1

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1  IT IS HEREBY ORDERED, ADJUDGED and DECREED all proceedings in the above
2  case are stayed pending a decision by the Judicial Panel on Multidistrict Litigation on whether to
3  transfer this case to the Eastern District of Louisiana as part of MDL-1657.

4
5  DATED this 13th day of July, 2005.

6
7  *[signature: Robert J. Bryan]*
8  ROBERT J. BRYAN
   United States District Judge
9
10
11 PRESENTED BY:

12 s/Rogers S. Wilson, WSBA #5405          s/Douglas A. Hofmann, WSBA #6393
   Attorney for Plaintiffs                 Jeffrey R. Johnson, WSBA #11082
13 918 North Yakima                        Attorneys for Merck & Co., Inc.
14 Tacoma, WA  98403                       WILLIAMS, KASTNER & GIBBS PLLC
   Telephone:  (253) 572-2440              601 Union Street, Suite 4100
15 FAX:        (253) 383-4110              Seattle, WA 98101
   E-mail:     rswilson@rarelegal.com      Telephone:   (206) 628-6600
16                                         FAX:         (206) 628-6611
17                                         E-mail: dhofmann@wkg.com
                                           E-mail:      jjohnson@wkg.com
18
19
20
21
22
23
24
25

PROPOSED ORDER STAYING ALL PROCEEDINGS - 2
(C05-5398-RJB)

**Williams, Kastner & Gibbs PLLC**
Two Union Square, Suite 4100 (98101-2380)
Mail Address: P.O. Box 21926
Seattle, Washington 98111-3926
(206) 628-6600

1719145.1